United States Bankruptcy Court
Middle District of Florida

In re:                                                                              Case No. 20-02447-MGW
Carlos Otoniel Herrera                                                              Chapter 7
Liliana Herrera
        Debtors

## CERTIFICATE OF NOTICE

District/off: 113A-8          User: manel          Page 1 of 2          Date Rcvd: Jun 23, 2020
                             Form ID: B318         Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2020.
```
db/jdb            +Carlos Otoniel Herrera,    Liliana Herrera,    1844 Falling Star Lane,    Lutz, FL 33549-9357
28858319          +Avelo Mortgage/Litton Loan Servicing/Ocw,    Attention: Bankruptcy,    P.O. Box 24738,
                   West Palm Beach, FL 33416-4738
28858322          +Bond Auto Sales Inc.,    7901 N Florida Ave,    Tampa, FL 33604-4110
28858325          +Cocoa Beach,    710 N. Plankinton,    Milwaukee, WI 53203-2418
28858329          +Credit Protection Association,    Attn: Bankruptcy,    Po Box 802068,    Dallas, TX 75380-2068
28858332          +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
28858334          +FinWise Bank/Opp Loans,    Attn: Bankruptcy,    130 E Randolp St,    Ste3400,
                   Chicago, IL 60601-6379
28858336          ++MID ATLANTIC FINANCE,    4592 ULMERTON ROAD,    CLEARWATER FL 33762-4107
                   (address filed with court:  Mid-Atlantic Finance Company,    4592 Ulmerton Road,    Suite 200,
                   Clearwater, FL 33762)
28858337          +Midland Fund,    Attn: Bankruptcy,    350 Camino De La Reine Ste 100,    San Diego, CA 92108-3007
28858338          +National Recoveries, Inc,    US Dept of Edu. Awg,    PO Box 790356,    Saint Louis, MO 63179-0356
28858341          +PHH Mortgage Services,    Attn: Research/Bankruptcy,    1661 Worthington Rd   Ste 100,
                   West Palm Beach, FL 33409-6493
28858343          +Santander Consumer USA,    Attn: Bankruptcy,    10-64-38-Fd7 601 Penn St,
                   Reading, PA 19601-3544
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr                +EDI: BCLHERENDEEN.COM Jun 24 2020 05:48:00   Christine L Herendeen,    Post Office Box 152348,
                   Tampa, FL 33684-2348
cr                +EDI: AISACG.COM Jun 24 2020 05:48:00   Capital One Auto Finance, c/o AIS Portfolio Servic,
                   4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
28858316           E-mail/Text: bankruptcynotices@amscotfinancial.com Jun 24 2020 02:29:05    Amscot,
                   P.O. Box 25137 Dept C,    Tampa, FL 33622
28858317          +EDI: ATTWIREBK.COM Jun 24 2020 05:48:00   AT&T,    PO Box 5093,    Carol Stream, IL 60197-5093
28858318           E-mail/Text: bk@avant.com Jun 24 2020 02:32:24   Avant,    Attn: Bankruptcy,    Po Box 9183380,
                   Chicago, IL 60691-3380
28858321           E-mail/Text: defaultspecialty.us@bbva.com Jun 24 2020 02:31:24    BBVA Compass,
                   Attn: Bankruptcy,    Po Box 10566,    Birmingham, AL 35296-0001
28858320          +EDI: BANKAMER.COM Jun 24 2020 05:48:00   Bank of America,    4909 Savarese Circle,
                   Fl1-908-01-50,    Tampa, FL 33634-2413
28858323          +EDI: CAPITALONE.COM Jun 24 2020 05:48:00   Capital One,    Attn: Bankruptcy,    Po Box 30285,
                   Salt Lake City, UT 84130-0285
28858324          +EDI: CAPONEAUTO.COM Jun 24 2020 05:49:00   Capital One Auto Finance,    Attn: Bankruptcy,
                   Po Box 30285,    Salt Lake City, UT 84130-0285
28858326          +EDI: WFNNB.COM Jun 24 2020 05:48:00   Comenity Bank/Torrid,    Attn: Bankruptcy,
                   Po Box 182125,    Columbus, OH 43218-2125
28858327          +EDI: WFNNB.COM Jun 24 2020 05:48:00   Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                   Pob 182125,    Columbus, OH 43218-2125
28858328          +EDI: WFNNB.COM Jun 24 2020 05:48:00   Comenity Bank/Zales,    Attn: Bankruptcy,
                   Po Box 182125,    Columbus, OH 43218-2125
28858331          +EDI: TSYS2.COM Jun 24 2020 05:48:00   Deptartment Store National Bank/Macy's,
                   Attn: Bankruptcy,    9111 Duke Boulevard,    Mason, OH 45040-8999
28858333          +EDI: BLUESTEM Jun 24 2020 05:48:00   Fingerhut,    Attn: Bankruptcy,    Po Box 1250,
                   Saint Cloud, MN 56395-1250
28858330           EDI: IRS.COM Jun 24 2020 05:48:00   Department of the Treasury,    Internal Revenue Service,
                   Philadelphia, PA 19255
28858335           EDI: JEFFERSONCAP.COM Jun 24 2020 05:48:00   Jefferson Capital Systems, LLC,
                   Attn: Bankruptcy,    16 Mcleland Road,    Saint Cloud, MN 56303
28858339          +EDI: NAVIENTFKASMSERV.COM Jun 24 2020 05:48:00   Naviet,    Attn: Claims Dept,    Po Box 9500,
                   Wilkes-Barr, PA 18773-9500
28858340          +EDI: AGFINANCE.COM Jun 24 2020 05:48:00   OneMain Financial,    Attn: Bankruptcy,
                   Po Box 3251,    Evansville, IN 47731-3251
28858342          +E-mail/Text: bankruptcyteam@quickenloans.com Jun 24 2020 02:31:58    Quicken Loans,
                   Attn: Bankruptcy,    1050 Woodward Avenue,    Detroit, MI 48226-1906
28858344          +EDI: SECONDROUND.COM Jun 24 2020 05:48:00   Second Round, LP,    Attn: Bankruptcy Dept,
                   Po Box 41955,    Acatin, TX 78704-0033
28858345          +E-mail/Text: cmecf@suncoastfcu.org Jun 24 2020 02:29:29    Suncoast Credit Union,
                   Attn: Bankruptcy,    Po Box 11904,    Tampa, FL 33680-1904
28858348          +EDI: RMSC.COM Jun 24 2020 05:48:00   Syncb/Toys R Us,    Attn: Bankruptcy,    Po Box 965060,
                   Orlando, FL 32896-5060
28858346          +EDI: RMSC.COM Jun 24 2020 05:48:00   Syncb/hhgreg,    Attn: Bankruptcy,    Po Box 965060,
                   Orlando, FL 32896-5060
28858347          +EDI: RMSC.COM Jun 24 2020 05:48:00   Syncb/mohawk,    Attn: Bankruptcy,    Po Box 965060,
                   Orlando, FL 32896-5060
28858349          +EDI: RMSC.COM Jun 24 2020 05:48:00   Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                   Po B 965064,    Orlando, FL 32896-5064
28858350          +EDI: RMSC.COM Jun 24 2020 05:48:00   Synchrony Bank/Amazon,    Attn: Bankruptcy,
                   Po Box 965060,    Orlando, FL 32896-5060
28858351          +EDI: RMSC.COM Jun 24 2020 05:48:00   Synchrony Bank/Banana Republic,    Attn: Bankruptcy,
                   Po Box 965060,    Orlando, FL 32896-5060
```

```
District/off: 113A-8          User: manel              Page 2 of 2              Date Rcvd: Jun 23, 2020
                             Form ID: B318             Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
28858352       +EDI: RMSC.COM Jun 24 2020 05:48:00     Synchrony Bank/Bryant Corp,    Attn: Bankruptcy,
                Po Box 965060,    Orlando, FL 32896-5060
28858353       +EDI: RMSC.COM Jun 24 2020 05:48:00     Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                Po Box 965064,    Orlando, FL 32896-5064
28858354       +EDI: RMSC.COM Jun 24 2020 05:48:00     Synchrony Bank/Lowes,  Attn: Bankruptcy,
                Po Box 965060,    Orlando, FL 32896-5060
28858355       +EDI: RMSC.COM Jun 24 2020 05:48:00     Synchrony/Ashley Furniture Homestore,   Attn: Bankruptcy,
                Po Box 965060,    Orlando, FL 32896-5060
28858356       +EDI: WTRRNBANK.COM Jun 24 2020 05:48:00     Target,   c/o Financial & Retail Srvs,
                Mailstop BT POB 9475,   Minneapolis, MN 55440-9475
28858357       +EDI: ECMC.COM Jun 24 2020 05:48:00     U.S. Department of Education,   Ecmc/Bankruptcy,
                Po Box 16408,   Saint Paul, MN 55116-0408
                                                                                    TOTAL: 33

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28861239*       Internal Revenue Service,   Post Office Box 7346,   Philadelphia PA 19101-7346
                                                                          TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2020 at the address(es) listed below:
```
          Alan D Borden   on behalf of Debtor Carlos Otoniel Herrera data@1800debtrelief.com,
               r48456@notify.bestcase.com;1663805420@filings.docketbird.com
          Alan D Borden   on behalf of Joint Debtor Liliana  Herrera data@1800debtrelief.com,
               r48456@notify.bestcase.com;1663805420@filings.docketbird.com
          Christine L Herendeen   clherendeen@herendeenlaw.com,   FL78@ecfcbis.com
          United States Trustee - TPA7/13   USTPRegion21.TP.ECF@USDOJ.GOV
                                                                          TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Carlos Otoniel Herrera** | Social Security number or ITIN   **xxx–xx–3256** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Liliana Herrera** | Social Security number or ITIN   **xxx–xx–9658** |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Florida** | | |
| Case number:   **8:20–bk–02447–MGW** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Carlos Otoniel Herrera                    Liliana Herrera

*Michael G. Williamson*

Dated: June 23, 2020              Michael G. Williamson
                                 United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
 obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
 decided or will decide are not discharged
 in this bankruptcy case;

♦ debts for most fines, penalties,
 forfeitures, or criminal restitution
 obligations;

♦ some debts which the debtors did not
 properly list;

♦ debts for certain types of loans owed to
 pension, profit sharing, stock bonus, or
 retirement plans; and

♦ debts for death or personal injury caused
 by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---